UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD ROBERSON III, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | DEMAND FOR JURY TRIAL |
| LVNV FUNDING, LLC | ) | |
|     Defendant. | ) | |

**PLAINTIFF'S COMPLAINT**

## I. INTRODUCTION

1. Plaintiff, EDWARD ROBERSON III, a Texas resident, brings this action under the Fair Debt Collection Practice Act, 15 U.S.C. § 1692, et seq. (the "FDCPA"), against Defendant, LVNV Funding, LLC, for violations of the Fair Debt Collection Practice Act 15 U.S.C. § 1692 et seq. (FDCPA), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices in connection with the collection of a debt and makes them liable under 15 U.S.C. § 1692k.

## II. PARTIES

2. Plaintiff, EDWARD ROBERSON III, is a "consumer" as defined by 15 U.S.C. § 1692a(3). Plaintiff is a natural person and a resident of the State of Texas.

3. Defendant, LVNV Funding, LLC ("LVNV"), is a "debt collector" as defined by 15 U.S.C. § 1692a(6). Upon information and belief, LVNV is a foreign limited liability company doing business at all relevant times in Texas, and may be served with process by serving its registered agent, CSC-LAWYERS INCORPORATING SERVICE

COMPANY at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, which service is hereby requested.

### III. VENUE AND JURISDICTION

4. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

5. Personal jurisdiction exists over Defendant as Defendant has the necessary minimum contacts with the State of Texas, and this suit arises out of all Defendant's specific conduct with Plaintiff in Texas. All the actions described in this complaint occurred in Mansfield, Texas.

6. Venue is proper as Defendant does business in this judicial district.

### IV. FACTUAL BACKGROUND

7. Plaintiff reasserts each of the preceding paragraphs as if set forth here in their entirety.

8. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5), is an alleged debt that arose from a transaction entered into primarily for personal, family, and household purposes.

9. Defendant is a debt collection company that engages in the business of debt collection. Defendant's principal business purpose is the collection of defaulted debts, and uses various instruments of interstate commerce to accomplish debt collection, including sending letters, calling on the phone, credit reporting, filing lawsuits, etc. For the purposes of this action, Defendant is classified as a "debt collector" under the provisions of the FDCPA, specifically 15 U.S.C. § 1692a(6).

10. Defendant is engaged in the collection of debt from consumers using the mail, electronic communication (such as emails and SMS), by telephone, and credit reporting to persuade

consumers to pay. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

11. LVNV acquired the accounts from Navy Federal as follows:

   (a) Account Number :*************9424, Balance: $939.09

   (b) Account Number: **********8311, Balance: $4,452.95

   (c) Account Number: **********3443, Balance: $11,198.06

12. Resurgent regularly collects debt acquired by LVNV.

13. Defendant is a debt collector and Plaintiff is the alleged debtor, thereby establishing that the nature of the relationship between Defendant and Plaintiff is inherently based on the collection of a debt, and communication is made in connection with the collection of any debt.

14. Plaintiff pulled his credit report and noticed Defendant reporting an account on his credit report, marked disputed.

15. Plaintiff sent a letter to LVNV dated March 20, 2025, notifying Defendant that he refuses to pay and is no longer disputing these accounts and requested that Defendant remove all dispute comments and/or notation from the account, via certified mail tracking number: 9407111898765453163215, see Exhibit 1.

16. LVNV received the letter on March 25, 2025, see Exhibit 1.

17. Despite the clear refusal to pay, in an attempt to intimidate, harass, and oppress Plaintiff, on letters dated April 7, 2025, Resurgent, on behalf of LVNV, sent separate subsequent communications for each account attempting to collect this alleged debt, see Exhibit 2.

18. This communication was sent to confuse, harass, and deceive Plaintiff.

19. When a consumer notifies the company in writing of their refusal to pay, the company shall not communicate further unless it meets one of the exceptions according to 15 U.S.C. § 1692c(c).

20. Defendants did not meet any of the three exceptions under which they can continue to communicate with the Plaintiff, therefore violating the Plaintiff's rights.

21. Plaintiff pulled his Experian credit report on August 8, 2025, which showed that Defendant had last updated the item of information on the consumer report on July 8, 2025, in connection with the collection of the debt.

22. Despite Plaintiff's request, Defendant failed to or refused to remove the dispute comments/ notations from the item of information, in violation of the FDCPA, see Exhibit 3.

23. With the disputed item appearing on the credit report, Plaintiff's FICO score is calculated and reported inaccurately. Additionally, Plaintiff's credit report continues to be damaged due to Defendant's failure to properly update the item of information in connection with the collection of the debt.

24. Defendant communicated and continues to communicate defamatory information to Experian by inaccurately reporting that Plaintiff continues to dispute the debt despite Plaintiff being explicitly clear in his previous communication that he is no longer disputing the debt.

25. Defendant's refusal to properly communicate the debt was no longer disputed may confuse the least sophisticated consumer into thinking that the only alternative to get the dispute comments removed is to make a payment, agreeing to the debt.

26. Defendant's actions and inactions, and communication in connection with the collection of any debt were done intentionally to induce payment from Plaintiff.

27. Defendant's intentional reporting of information it knew to be false to consumer reporting agencies has caused reputational harm to Plaintiff, constituting damages of the kind traditionally recognized in actions for defamation as well as intrusion by seclusion, by wrongfully interfering with his privacy and personal affairs.

28. Plaintiff has suffered actual damages as a result of Defendant's actions and inactions in connection with the collection of any debt in the form of anxiety, loss of sleep, headaches, emotional distress, frustration, anger, humiliation, out-of-pocket costs, and other negative emotions.

29. As a direct and proximate result of Defendant's willful, malicious, reckless, wanton, and or negligence, as mandated by the FDCPA, Plaintiff has been harmed, as explained above.

## V.    LVNV'S VIOLATIONS OF 15 U.S.C. § 1692 et seq.

30. Plaintiff reasserts each of the preceding paragraphs as if set forth here in their entirety.

31. Defendant's violations include, but are not limited to, the following:

    (a) Defendants violated 15 U.S.C. § 1692c(c) by communicating with the Plaintiff with respect to each debt after a refusal to pay was sent in writing.

    (b) Defendants violated 15 U.S.C. § 1692d by sending subsequent communications to the Plaintiff attempting to collect the alleged debt in order to harass him.

    (c) Defendant violated 15 U.S.C. § 1692e(2) by falsely representing the character, amount, or legal status of any debt by continuing to report the item of information

       as disputed after being informed of the inaccuracy, in connection with the collection of any debt.

    (d) Defendant violated 15 U.S.C. § 1692e(8) by reporting credit information known to be false in connection with the collection of any debt, including the failure to communicate to the consumer reporting agencies that Plaintiff had informed Defendant that the account is no longer being disputed.

32. Defendant failed to reasonably comply with the Plaintiff's request as shown previously. Defendant knew the Plaintiff was no longer disputing the debt and had refused to pay, but chose to dismiss Plaintiff's rights under the FDCPA and knowingly reported and communicated false information in connection with the collection of any debt.

33. Defendant marking and/or failing to mark a debt as disputed or remove dispute comments on a credit report are done in connection with the collection of any debt.

34. Defendant's intentional reporting of false information to consumer reporting agencies constitutes a violation of Plaintiff's rights, causing reputational harm akin to damages typically recognized in defamation claims.

35. Defendant's actions violated 15 U.S.C. § 1692c, 15 U.S.C. § 1692d, 15 U.S.C. § 1692e, and render them liable for actual and statutory damages and costs, and reasonable attorney's fees under 15 U.S.C. § 1692k.

36. At all times pertinent hereto, Defendant's conduct was willful and carried out in reckless disregard for a consumer's right as set forth under the Fair Debt Collection Practices Act.

## VI.    RIGHT TO AMEND

37. These allegations against Defendant are made acknowledging that this complaint is still under Investigation and in Discovery. As further investigation and discovery are

conducted, additional facts will surely be uncovered that may and probably will necessitate further, additional, and/or different allegations.

## VII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Defendant for all damages allowable, costs, expenses, attorney fees, injunctive relief to prevent further violations, and for such other and further relief as may be just and proper pursuant to 15 U.S.C. § 1692k.

## VIII.   DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.

Respectfully Submitted,

Date: August 19, 2025

/s/ Andrew Woods II
Andrew Woods II
Illinois Bar No.: 36311
Oklahoma Bar No.: 24-215
Texas Bar No.: 36311OK
Woods Legal Advocates, PLLC
13101 Preston Road Ste 110-5100
Dallas, TX 75240
214-764-3275
pleadings@woodslegaladvocates.com

*Counsel for Plaintiff*

# Exhibit 1

Edward Roberson

March 20, 2025

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

RE:

Account Number: 406095XXXXXXXXXX, Balance: $939
Account Number: 430015XXXXXXXX, Balance: $4,452
Account Number: 430015XXXXXXXX, Balance: $11,198

I previously disputed the balances of these accounts. You sent mail to my home, which you knew was an inconvenient place for me, attempting to collect these debts that you alleged I claimed identity theft on, which I never did. This is not a dispute; this is now a refusal to pay. Please remove all dispute remarks, notations, and comments from my credit report.

Thank you for your time and prompt attention to my request.


Sincerely,

Edward Roberson



Certified Mail Tracking #: 9407111898765453163215

## USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Your item has been delivered to an agent. The item was picked up at USPS at 8:52 am on March 25, 2025 in GREENVILLE, SC 29602.

GREENVILLE, SC 29602
March 25, 2025, 8:52 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

# Exhibit 2

PO Box 510090
Livonia MI 48151-6090





PLNHUJ00C00712

EDWARD T ROBERSON III



Account Number: *************9424
Original Creditor: Navy Federal Credit Union
Current Owner: LVNV Funding LLC
Reference ID:
Balance: $939.09
Account Holder Name: Edward T Roberson

April 07, 2025

Dear Edward T Roberson III,

Resurgent Capital Services L.P. has received, either directly or from Unifin Inc., correspondence regarding the accuracy of the information in our files regarding the above-referenced account. Please find the enclosed verification of debt. We have reviewed your dispute and applicable account records and determined that there does not appear to be sufficient information to support your claim of the inaccuracy. We therefore deny the alleged inaccuracy because of our belief that our information regarding the account is accurate. In order for us to continue with our investigation, we ask that you contact us at 1-866-464-1187 or mail information detailing the nature of the inaccuracy along with any supporting documents to the following address:

Resurgent Capital Services L.P.
Attention: Correspondence Department
PO Box 10497
Greenville, SC 29603

Please be advised that if we do not receive this additional clarification, we will be unable to address these concerns and may return this account to active collection.

Sincerely,

Resurgent Capital Services L.P.

continued on next page


**Hours of Operation**
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday


**General Disputes/Correspondence**
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602


**Contact Number**
Toll Free Phone
1-866-464-1187


**Customer Portal**
Resurgent.com





PLNHUJ00C0071200712010520400              59775967-TXRESP-CS

PO Box 510090
Livonia MI 48151-6090





PLNHU00C00727

EDWARD T ROBERSON III

Account Number: **********8311
Original Creditor: Navy Federal Credit Union
Current Owner: LVNV Funding LLC
Reference ID:
Balance: $4,452.95
Account Holder Name: Edward T Roberson

April 07, 2025

Dear Edward T Roberson III,

Resurgent Capital Services L.P. has received, either directly or from Credit Control LLC, correspondence regarding the accuracy of the information in our files regarding the above-referenced account. Please find the enclosed verification of debt. We have reviewed your dispute and applicable account records and determined that there does not appear to be sufficient information to support your claim of the inaccuracy. We therefore deny the alleged inaccuracy because of our belief that our information regarding the account is accurate. In order for us to continue with our investigation, we ask that you contact us at 1-866-464-1187 or mail information detailing the nature of the inaccuracy along with any supporting documents to the following address:

Resurgent Capital Services L.P.
Attention: Correspondence Department
PO Box 10497
Greenville, SC 29603

Please be advised that if we do not receive this additional clarification, we will be unable to address these concerns and may return this account to active collection.

Sincerely,

Resurgent Capital Services L.P.

continued on next page

        

*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Number*
Toll Free Phone
1-866-464-1187

*Customer Portal*
Resurgent.com

PLNHU00C00727007270105B0400

59775981-TXRESP-CS

PO Box 510090
Livonia MI 48151-6090





PLNHUO00300510

EDWARD T ROBERSON III

Account Number: **********3443
Original Creditor: Navy Federal Credit Union
Current Owner: LVNV Funding LLC
Reference ID:
Balance: $11,198.06
Account Holder Name: Edward T Roberson

April 07, 2025

Dear Edward T Roberson III,

Resurgent Capital Services L.P. has received correspondence regarding the accuracy of the information in our files regarding the above-referenced account. Please find the enclosed verification of debt. We have reviewed your dispute and applicable account records and determined that there does not appear to be sufficient information to support your claim of the inaccuracy. We therefore deny the alleged inaccuracy because of our belief that our information regarding the account is accurate. In order for us to continue with our investigation, we ask that you contact us at 1-866-464-1187 or mail information detailing the nature of the inaccuracy along with any supporting documents to the following address:

Resurgent Capital Services L.P.
Attention: Correspondence Department
PO Box 10497
Greenville, SC 29603

Please be advised that if we do not receive this additional clarification, we will be unable to address these concerns and may return this account to active collection.

Sincerely,

Resurgent Capital Services L.P.

continued on next page


Hours of Operation
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday


General Disputes/Correspondence
PO Box 10497
Greenville, SC 29603-0497
Credit Bureau Disputes
PO Box 1269
Greenville, SC 29602


Contact Number
Toll Free Phone
1-866-464-1187


Customer Portal
Resurgent.com



59775975-TXRESP-CS

# Exhibit 3

8/8/25, 10:28 AM                                      Experian

Case 3:25-cv-02270-B   Document 1   Filed 08/22/25   Page 16 of 19   PageID 16
                                                Prepared For **EDWARD T. ROBERSON**   Date generated: Aug 8, 2025

### LVNV FUNDING LLC $4,452
Original creditor: **NAVY FEDERAL CREDIT UNION**

#### Account info

| | | | |
|---|---|---|---|
| Account name | **LVNV FUNDING LLC** | Balance | **$4,452** |
| Account number | **430015XXXXXXXX** | Balance updated | **Jul 08, 2025** |
| Original creditor | **NAVY FEDERAL CREDIT UNION** | Original balance | **$4,452** |
| Company sold | - | Monthly payment | - |
| Account type | **Debt Buyer** | Past due amount | **$4,452** |
| Date opened | **Oct 18, 2022** | Terms | **1 Month** |
| Status | **Collection account. $4,452 past due as of Jul 2025.** | Responsibility | **Individual** |
| | | Your statement | - |
| Status updated | **Oct 2022** | | |

#### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | C | - | - | - | - | - |
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | - | C | C | C | C | C | C | C | ND | C | C | C |

**C** Collection        **ND** No data for this period        **-** Data Unavailable

#### Contact info

| | |
|---|---|
| Address | **PO BOX 1269 GREENVILLE, SC 29602** |
| Phone number | **(866) 464-1183** |

#### Comments
**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)**

### ● LVNV FUNDING LLC — $11,198
Original creditor: **NAVY FEDERAL CREDIT UNION**

#### Account info

| | | | |
|---|---|---|---|
| Account name | **LVNV FUNDING LLC** | Balance | **$11,198** |
| Account number | **430015XXXXXXXX** | Balance updated | **Jul 08, 2025** |
| Original creditor | **NAVY FEDERAL CREDIT UNION** | Original balance | **$11,198** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Debt Buyer** | Past due amount | **$11,198** |
| Date opened | **Oct 18, 2022** | Terms | **1 Month** |
| Status | **Collection account. $11,198 past due as of Jul 2025.** | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Oct 2022** | | |

#### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | C | - | - | - | - | - |
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | - | - | - | - | - | - | - | - | - | - | - | C |

C Collection    - Data Unavailable

#### Contact info

| | |
|---|---|
| Address | PO BOX 1269 GREENVILLE, SC 29602 |
| Phone number | (866) 464-1183 |

#### Comments
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

experian.

Prepared For **EDWARD T. ROBERSON**     Date generated: Aug 8, 2025

---

● **LVNV FUNDING LLC**                                                                           **$939**

Original creditor: **NAVY FEDERAL CREDIT UNION**

### Account info

| | | | |
|---|---|---|---|
| Account name | **LVNV FUNDING LLC** | Balance | **$939** |
| Account number | **406095XXXXXXXXXX** | Balance updated | **Jul 08, 2025** |
| Original creditor | **NAVY FEDERAL CREDIT UNION** | Original balance | **$939** |
| Company sold | - | Monthly payment | - |
| Account type | **Debt Buyer** | Past due amount | **$939** |
| Date opened | **Oct 18, 2022** | Terms | **1 Month** |
| Status | **Collection account. $939 past due as of Jul 2025.** | Responsibility | **Individual** |
| | | Your statement | - |
| Status updated | **Oct 2022** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | C | - | - | - | - | - |
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |

**C** Collection          - Data Unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 1269 GREENVILLE, SC 29602 |
| Phone number | (866) 464-1183 |

### Comments

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
EDWARD ROBERSON III

## DEFENDANTS
LVNV FUNDING, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrew Woods, II
Woods Legal Advocates, PLLC
13101 Preston Road, Ste 110-5100
214-764-3275

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[x] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609<br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692 et seq.

Brief description of cause:
Violation of 15 U.S.C. § 1692 et seq.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____    AMOUNT ____    APPLYING IFP ____    JUDGE ____    MAG. JUDGE ____