UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWARD ROBERSON, III,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA DEBT RECOVERY, LLC, D/B/A GENESIS,<br><br>Defendant. | CASE NO.: 3:25-cv-02270-B<br><br>**RESPONSE OF COLUMBIA DEBT RECOVERY, LLC TO SEPTEMBER 26, 2025 ORDER TO SHOW CAUSE** |

Defendant Columbia Debt Recovery, LLC hereby responds to the Court's September 26, 2025 Order to Show Cause as follows:

1. The undersigned is lead counsel for Defendant Columbia Debt Recovery, LLC in this matter.

2. Columbia inadvertently failed to serve a response to the Complaint that was due on or about September 17, 2025, for the following reasons.

3. Columbia was served with a summons and Complaint in this lawsuit on or about August 27, 2025.

4. At or about that time, in-house counsel for Columbia was the person responsible for insuring matters are properly docketed and calendared within Columbia. During the time the summons and complaint were served, in-house Counsel was going through numerous HIPAA related issues and was out of the office as a result thereof. At or about the time in Columbia received

service, Counsel also underwent a surgical procedure and was partially incapacitated.

5. Due to these issues, in-house Counsel inadvertently failed to calendar and notify outside counsel that the subject lawsuit had been served upon Columbia.

6. In-house counsel has had a practice of calendaring and documenting any new matter that was served upon Columbia and notifying outside Counsel of same in a timely manner. Outside Counsel for Columbia was not notified in this instance due to the circumstances referenced above.

7. Columbia sincerely apologizes to this Court for the inadvertent failure to calendar this matter to ensure the filing of a timely responsive pleading to the Complaint.

8. Due to the foregoing, Columbia respectfully requests that this court discharge the September 26, 2025 Order to Show Cause, and that Columbia be allowed to file a responsive pleading to the complaint within 10 days from this Court's issuance of an Order regarding this Response.

We thank this Court for its understanding and consideration.

Dated: October 1, 2025        Respectfully submitted,

*s/ Keith Wier*
Keith Wier
Law Offices of Keith Wier, PLLC
15150 Preston Road, Suite 300
Dallas, Texas 75248
kwier@keithwierlaw.com
*Attorneys for Defendant*
COLUMBIA DEBT RECOVERY, LLC

{00219719;1}

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I electronically filed the foregoing document via the CM/ECF system which will send notification of the filing to all counsel of record.

*s/ Keith Wier*
Keith Wier

{00219719;1}