IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWARDS ROBERSON III,<br><br>    *Plaintiff,*<br><br>v.<br><br>LVNV FUNDING, LLC, RS CLARK AND ASSOCIATES, INC., COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS, and UNITED REVENUE, LLC a/k/a UNITED REVENUE CORPORATION,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO.: 3:25-cv-02270-B<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANT COLUMBIA DEBT RECOVERY LLC'S RESPONSE TO ORDER TO SHOW CAUSE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

### I. INTRODUCTION

Defendant Columbia Debt Recovery, LLC responds to this Court's October 14, 2025, Order to Show Cause:

1. Defendant, Columbia Debt Recovery LLC was served with summons and a copy of the complaint in this matter. Attorney Wier in this matter was unable to file an answer on time as he was not aware that the deadline to file an answer had already passed as he was retained after the default date occurred.

2. In response to this Court's 09-26-2025 Order to Show Cause, Columbia Debt Recovery, through my office, filed a response to the OSC on October 1st, 2025.

3. On October 2, 2025, this Court graciously discharged the 9-26-25 OSC as to Columbia Debt Recovery and Ordered it to file its response to the complaint by October 10, 2025.

4. Defendant, Columbia Debt Recovery LLC's counsel inadvertently failed to calendar the deadline in the firm's calendar as counsel was dealing with an urgent personal family matter. This failure by Counsel to file an answer by October 10, 2025, was not the result of conscious indifference.

## II.    ARGUMENTS & AUTHORITIES

5. Because counsel for Defendant, Columbia Debt Recovery LLC inadvertently failed to calendar the deadline in this case, an answer was never filed.

6. Defendant, Columbia Debt Recovery LLC's counsel has drafted an answer for Columbia Debt Recovery LLC and intends to file a copy of the same as soon as this Court rules on this response to the Court's October 14, 2025, order to show cause has been accepted.

7. Defendant, Columbia Debt Recovery LLC respectfully asks this Court for an extension to file an answer in this case on or before October 20, 2025, or as soon thereafter as the Court may allow. Defendant, Columbia Debt Recovery LLC will immediately file an answer in accordance with this Court's Order.

## III.    CONCLUSION

8. Defendant, Columbia Debt Recovery LLC's answer in this case will be filed immediately after this response has been filed and after this Court rules on the October 14, 2025, Order to show cause.

Respectfully submitted,

**THE LAW OFFICES OF KEITH WIER, PLLC.**


 */s/ Keith Wier*
Keith Wier
SBN: 21436100
15150 Preston Road, Suite 300
Dallas, Texas 75248
Phone: (214) 540-6690
Email: kwier@keithwierlaw.com
**ATTORNEY FOR DEFENDANT,
COLUMBIA DEBT RECOVERY LLC**


<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 19th day of October 2025, a true and correct copy of the foregoing was served on all parties or counsel of record through the ECF/CM system.


 */s/ Keith Wier*
Keith Wier

DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C §1746

I Keith Wier, attorney for Columbia Debt Recovery LLC verify under penalty of perjury that the foregoing response to order to show cause is true and correct.

Further I state as follows:

1. I was retained as local counsel to handle this matter and file an answer. This occurred after the initial date for a response to the Complaint was due.
2. I was asked to file a motion to enlarge time to file an answer and to respond to this Court's 9-26-25 Order to Show Cause, which I did.
3. Once this Court ruled on the Response to the Order to Show Cause on October 2, 2025, I inadvertently failed to calendar the October 10, 2025, deadline for the answer to the Complaint.
4. This failure to answer was not due to conscious indifference, but due to a calendar error as counsel was dealing with an urgent personal matter involving a terminally ill family member.
5. I have drafted a response to the Complaint and I intend to file it as soon as this Court may order that an answer to the complaint may be filed.

Executed on this  19th  day of October 2025.

_____
Keith Wier